IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTINE E. BENNETT, | ) | Case No.: 8:03CV539 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| PROCHASKA AND ASSOCIATES, | ) | |
| a Nebraska corporation, | ) | |
| Defendant. | ) | |

    Pursuant to NELR § 79.1(c) and the Standing Order Regarding Custody of Civil Exhibits-Post Trial,

    IT IS ORDERED that the exhibits offered or received into evidence in the above-entitled case are to be withdrawn from the clerk's office by the counsel who offered them and, thereafter, maintained in accordance with the Standing Order Regarding Custody of Civil Exhibits-Post Trial.

    DATED this 25th day of April, 2005.

                                 BY THE COURT:

                                 s/Thomas D. Thalken
                                 United States Magistrate Judge